[No. 6614–9–II. Division Two. February 11, 1985.]

THE STATE OF WASHINGTON, *on the Relation of Sabrina
E. Helms, Appellant,* v. DANIEL L.
RASCH, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 82–3–00502–0, Floyd V. Hicks, J., entered
September 13, 1982. *Reversed* and *remanded* by unpub-
lished opinion per Petrich, J., concurred in by Reed, A.C.J.,

and Petrie, J. Pro Tem. Now published at 40 Wn. App. 241.